JUDGE SWAIN

**13 CV 4832**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KORS (USA), INC. and
MICHAEL KORS, L.L.C.,

        Plaintiffs,

v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

Civil Action No.

**RULE 7.1 STATEMENT**

JUL 11 2013

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Michael Kors (USA), Inc. and Michael Kors, L.L.C. certifies that Michael Kors Holdings Limited is a corporate parent which is publicly held that owns 100% of Michael Kors (USA), Inc. and Michael Kors, L.L.C. There are no affiliates, subsidiaries or other corporate parents which are publicly held.

Dated: New York, New York
July 11, 2013

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: _____
            Leslie Gordon Fagen
            Darren W. Johnson

        1285 Avenue of the Americas
        New York, New York 10019-6064
        (212) 373-3000
        lfagen@paulweiss.com
        djohnson@paulweiss.com

        *Attorneys for Plaintiffs Michael Kors (USA), Inc.*
        *and Michael Kors, L.L.C.*