Case 1:13-cv-04832-LTS-JCF Document 49 Filed 07/14/14 Page 1 of 1

Case 1:13-cv-04832-LTS-JCF Document 48 Filed 07/10/14 Page 1 of 1        Swain, 8.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 1 4 2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
MICHAEL KORS (USA), INC. and                :        **ECF CASE**
MICHAEL KORS, L.L.C.,                       :
                                            :
         Plaintiffs,                        :        13 Civ. 4832 (LTS) (JCF)
                                            :
         – against –                        :        **NOTICE OF DISMISSAL**
                                            :
COSTCO WHOLESALE CORPORATION,               :
                                            :
         Defendant.                         :
                                            :
-------------------------------------------------------------- x

IT IS HEREBY STIPULATED, by and between the undersigned, that this action and all claims asserted herein are dismissed with prejudice, each party to bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
       July 10, 2014

| **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** | **FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP** |
|---|---|
| By: _____ | By: _____ |
| Leslie Gorden Fagen | James W. Dabney |
| Darren W. Johnson | Richard M. Koehl |
| Danielle Polebaum | Emma L. Baratta |
| 1285 Avenue of the Americas | One New York Plaza |
| New York, New York 10019-6064 | New York, New York 10004-1980 |
| Tel. (212) 373-3000 | Tel. (212) 859-8000 |
| Fax: (212) 757-3990 | Fax: (212) 859-4000 |
| *LFagen@paulweiss.com* | *James.Dabney@friedfrank.com* |
| *DJohnson@paulweiss.com* | *Richard.Koehl@friedfrank.com* |
| *DPolebaum@paulweiss.com* | *Emma.Baratta@friedrank.com* |
| *Attorneys for Plaintiffs Michael Kors (USA), Inc. and Michael Kors, L.L.C.* | *Attorneys for Defendant Costco Wholesale Corporation* |

The Clerk of Court is requested to close this case.

**SO ORDERED:**

_____  7/11/14
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE